# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARK E. MARTIN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CV412-165 |
| v. | ) | Case No. CV414-099 |
| | ) | CR498-106 |
| UNITES STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Clerk is **DIRECTED** to file *nunc pro tunc* a copy of Mark E. Martin's motion to vacate, CR498-106, doc. 883, in *Martin v. United States*, CV412-165, and also file CR498-106, docs. 884-887 into CV414-099, thereby closing out CV414-099. Finally, the Clerk shall file this Order in all three cases.

**SO ORDERED** this  23rd  day of July, 2014.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA